Certificate Number: 05781-NJ-DE-041584987

Bankruptcy Case Number: 26-20335

05781-NJ-DE-041584987

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 21, 2026, at 11:33 o'clock AM PDT, Tameeke Branch completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date: October 21, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President